

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00397-CV

**IN THE ESTATE OF** Luisa R. **MONTEMAYOR**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2010-PC-3012
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this court's opinion and judgment of March 9, 2016, are withdrawn and this court's opinion and judgment of this date are substituted in their stead. The trial court's judgment is AFFIRMED. Costs of this appeal are taxed against appellant, Marcelo R. Montemayor. *See* TEX. R. APP. P. 43.4.

SIGNED June 1, 2016.

Luz Elena D. Chapa, Justice